IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ELBERT BALLARD,                )
                               )
     Plaintiff,                )
                               )       CIVIL ACTION NO.
     v.                        )         2:23cv698-MHT
                               )              (WO)
MEDICAL STAFF AT HAMILTON      )
AGED & INFIRMED,               )
                               )
     Defendant.                )
```

OPINION AND ORDER

This lawsuit is before the court on the recommendation of the United States Magistrate Judge that the case be transferred to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 1406. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

Accordingly, it is ORDERED as follows:

(1) The magistrate judge's recommendation (Doc. 4) is adopted.

(2) This case is transferred to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 1406.

(3) The motions to transfer documents (Doc. 5 and Doc. 6) are denied.

(4) The application to proceed without prepayment of fees (Doc. 2) is left for resolution by the transferee court.

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

This case is closed in this court.

DONE, this the 19th day of December, 2023.

                                                           /s/ Myron H. Thompson
                                         UNITED STATES DISTRICT JUDGE